Kathleen C. Jeffries (State Bar #110362)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone:  (626) 795-4700
Facsimile:   (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Defendant
OLD DOMINION FREIGHT LINE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPF CORPORATION, a corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>OLD DOMINION FREIGHT LINE, INC., a corporation,<br><br>  Defendant. | Case No. 1:13-CV-00037-LJO-MJS<br><br>STIPULATION RE JOINT CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE; AND ORDER THEREON<br><br>Continued Scheduling Conference Date:<br>       May 2, 2013<br>Time:  9:30 a.m.<br>Place: Courtroom  6 |

IT IS HEREBY STIPULATED by and between plaintiff UPF Corporation and defendant Old Dominion Freight Line, Inc., by and through their respective counsel of record, that this matter may be assigned to United

///
///
///
///
///

_____
PROOF OF SERVICE

States Magistrate Judge Jennifer L. Thurston to conduct all further proceedings in this case in accordance with the provisions of 28 U.S.C. § 636(c)(1).

Dated: April 29, 2013                SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP


                 By: /s/ Kathleen C. Jeffries
                     Kathleen C. Jeffries
                     Attorneys for Defendant
                     OLD DOMINION FREIGHT LINE, INC.


Dated:  April 29, 2013                LAW OFFICE OF ROCKY K. COPLEY


                 By: /s/ Rocky K. Copley
                     Rocky K. Copley
                     Attorney for Plaintiff
                     UPF CORPORATION

_____

ORDER

Based upon the stipulation by and between the parties,

IT IS HEREBY ORDERED that this matter is assigned to United States Magistrate Judge Jennifer L. Thurston to conduct all further proceedings in this case. This district judge will take no further action in this case.

IT IS SO ORDERED.

Dated:   **April 29, 2013**        **/s/**
**Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

_____
PROOF OF SERVICE