Rocky K. Copley, SBN 101628
Law Office of Rocky K. Copley
225 Broadway, Suite 2100
San Diego, California 92108
(619) 232-3131
Email: rkcopley@rkc-rocklaw.com

Attorneys for Plaintiff UPF Corporation

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| UPF CORPORATION, a corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC., a corporation,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-00037-JLT<br><br>**STIPULATION RE CONTINUANCE OF HEARING OF CROSS-MOTIONS FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION; AND ORDER THEREON**<br><br>Date:　　　　　November 22, 2013<br>Time:　　　　　9:30 a.m.<br>Magistrate Judge:　Jennifer L. Thurston<br>Place:　　　　　Bakersfield Courtroom<br><br>Complaint Filed:　January 9, 2013<br>Trial Date:　　　June 11, 2014 |

IT IS HEREBY STIPULATED by and between plaintiff UPF Corporation and defendant Old Dominion Freight Line, Inc., by and through their respective counsel of record, that the hearing on the motion for summary judgment and/or summary adjudication filed by plaintiff UPF Corporation and the motion for summary judgment filed by defendant Old Dominion Freight Line, Inc. that is currently set to be heard on November 22, 2013 at 9:30 a.m. before United States Magistrate Judge Jennifer L. Thurston, be continued until December 11, 2013 at 9:30 a.m.  This stipulation was agreed upon because plaintiff's counsel is undergoing surgery on November 21,

/ / /

/ / /

/ / /

2013, and will not be available to participate in the hearing should the court desire to hold a hearing on these motions.

                                        Law Office of Rocky K. Copley

Dated:  November 21, 2013        By:  /s/ Rocky K. Copley
                                          Attorney for Plaintiff, UPF Corporation
                                          rkcopley@rkc-rocklaw.com

                                        Scopelitis, Garvin, Light, Hanson & Feary LLP

Dated:  November 21, 2013        By:  /s/ Kathleen C. Jeffries
                                          Attorneys for Defendant ,
                                          Old Dominion Freight Line, Inc.
                                          kjeffries@scopelitis.com

## ORDER

Based upon the stipulation by and between the parties, IT IS HEREBY ORDERED that the hearing on the motions for summary judgment and/or summary adjudication of plaintiff UPF Corporation and defendant Old Dominion Freight Line, Inc. are continued to December 11, 2013 at 9:30 a.m.

IT IS SO ORDERED.

    Dated:   **November 21, 2013**                     **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE