# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPF CORPORATION, a corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC., a corporation,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-00037-JLT<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY DIMISSAL WITH PREJUDICE**<br><br>(Doc. 28) |

　　Before the court is the parties' joint motion to dismiss the action in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure.  (Doc. 28)

　　Good cause appearing, the court **GRANTS** the joint motion and **DISMISSES** the matter **WITH PREJUDICE**.  Each party shall bear its own costs and attorney's fees.  The clerk is directed to close this case.

IT IS SO ORDERED.

　　Dated:   **February 5, 2014**　　　　　　　　  **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE